```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 05116
   DANIEL S RUIZ
   JAMIE MARIE RUIZ                          CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-6558    SSN XXX-XX-4664

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 02/16/2005 and was confirmed 05/02/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  44.95%.

     The case was paid in full 04/14/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-------------------------------------------------------------------------------
TRANSOUTH FINANCIAL        SECURED               .00         .00            .00
AMERICAN INTERCONTINENTA   UNSECURED      NOT FILED          .00            .00
AMERICAN INTERCONTINENTA   NOTICE ONLY    NOT FILED          .00            .00
MRS ASSOCIATES             UNSECURED OTH     677.27          .00         304.37
SUBSIDIARY OF BALLY        NOTICE ONLY    NOT FILED          .00            .00
BANK ONE                   UNSECURED      NOT FILED          .00            .00
BANK OF AMERICA NATIONS    NOTICE ONLY    NOT FILED          .00            .00
BREWER CALDWELL            UNSECURED      NOT FILED          .00            .00
CAPITAL ONE                UNSECURED      NOT FILED          .00            .00
COMCAST                    UNSECURED      NOT FILED          .00            .00
US CABLE OF NORTHERN IND   NOTICE ONLY    NOT FILED          .00            .00
COMCAST                    UNSECURED      NOT FILED          .00            .00
COMCAST                    NOTICE ONLY    NOT FILED          .00            .00
COX COMMUNICATIONS         UNSECURED      NOT FILED          .00            .00
EDUCAID                    UNSECURED      NOT FILED          .00            .00
MEDCENTRE LABORATORY       UNSECURED      NOT FILED          .00            .00
PREMIER BANCARD CHARTER    UNSECURED         622.23          .00         279.67
FIRST PREMIER BANK         NOTICE ONLY    NOT FILED          .00            .00
LAKESHORE MEDICAL DIAGNO   UNSECURED      NOT FILED          .00            .00
METHODIST ER PHYSICIANS    UNSECURED      NOT FILED          .00            .00
MUTUAL HOSPITAL SERVICES   UNSECURED      NOT FILED          .00            .00
SAMC                       UNSECURED      NOT FILED          .00            .00
SBC INDIANA                UNSECURED         401.56          .00         180.49
ST JAMES HOSPITAL & HEAL   UNSECURED      NOT FILED          .00            .00
ST JAMES HOSPITAL          NOTICE ONLY    NOT FILED          .00            .00
NCO FINANCIAL INC          UNSECURED      NOT FILED          .00            .00
ST MARGARET HOSPITAL       NOTICE ONLY    NOT FILED          .00            .00
ST MARGARET MERCY HEALTH   NOTICE ONLY    NOT FILED          .00            .00
UNIVERSITY OF PHOENIX ON   UNSECURED      NOT FILED          .00            .00
US CELLULAR                UNSECURED      NOT FILED          .00            .00
TRANSOUTH FINANCIAL        UNSECURED      NOT FILED          .00            .00
INDIANA DEPT OF REVENUE    PRIORITY         1238.73          .00        1238.73
```

```
ST MARGARET MERCY         UNSECURED        2406.93            .00        1081.84
INDIANA DEPT OF REVENUE   UNSECURED         120.00            .00          53.94
ECMC                      UNSECURED        6907.15            .00        3104.56
PREMIER BANCARD CHARTER   UNSECURED         473.87            .00         212.99
LAKE IMAGING LLC          UNSECURED         187.00            .00          84.05
KOFKIN SPRINGER & SCHEIN  DEBTOR ATTY     2,294.00                       2,294.00
TOM VAUGHN                TRUSTEE                                          525.36
DEBTOR REFUND             REFUND                                             5.20

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   9,365.20

PRIORITY                                          1,238.73
SECURED                                                .00
UNSECURED                                         5,301.91
ADMINISTRATIVE                                    2,294.00
TRUSTEE COMPENSATION                                525.36
DEBTOR REFUND                                         5.20
                         ---------------    ---------------
TOTALS                    9,365.20                9,365.20
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 09/11/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE